1  KRESTA NORA DALY, SBN 199689
   Rothschild Wishek & Sands, LLP
2  901 F Street, Suite 200
   Sacramento, CA 95814
3
   Attorneys for Brian Clayworth
4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,        )  Case No.: 2:11-CR-00242-GEB
                                      )
12         Plaintiff,                 )  STIPULATION AND [PROPOSED]
                                      )  ORDER
13         v.                         )
                                      )
14  BRIAN CLAYWORTH,                  )
                                      )
15         Defendants.                )
                                      )
16

17         Defendant Brian Clayworth is currently subject to electronic monitoring as a

18  condition of his pre-trial release.  Mr. Clayworth suffers from diverticulosis.  He is

19  scheduled to have surgery on this condition on November 4, 2011 at the Kaiser Hospital

20  located on Morse Avenue.  His doctor estimates that Mr. Clayworth will be in the

21  hospital between two and ten days after the surgery.

22         Mr. Clayworth's doctor is aware Mr. Clayworth has an ankle monitor.  The doctor

23  has expressed concerns about the ankle monitor possibly interfering with equipment in

24  the operating room although he has not yet informed Mr. Clayworth if he must in fact

25  remove the ankle bracelet during surgery.  Pre-trial services has been working with Mr.

26  Clayworth to develop a viable option.  At this time the parties contemplate that Mr.

27  Clayworth will be fitted with a GPS unit.  It is unclear whether or not Mr. Clayworth will

28  be able to wear the GPS unit during the actual surgery.

1   Because of the electronic monitoring condition Pre-Trial Services does not have

2   legal authority to grant Mr. Clayworth's request absent a court order.

3   In an abundance of caution the defense is requesting Court order the following:

4   1.      Mr. Clayworth be allowed to be away from home from November 4,

5           2011 through November 14, 2011 so long as he resides at the Kaiser

6           Hospital located at 2025 Morse Avenue, Sacramento, CA 95825;

7   2.      In the event that it is medically necessary Mr. Clayworth's electronic

8           monitoring device may be removed on November 4, 2011 and replaced

9           as soon as medically possible but in no event no later than upon his

10          release from the hospital.

11  All other terms and conditions of his pre-trial release will remain in full force and

12  effect.  The parties specifically contemplate Mr. Clayworth may not be subjected to

13  electronic monitoring at all times during the period of time he hospitalized.

14

15  DATED:  October 31, 2011                  Respectfully submitted,

16

17                                             s/Kresta Daly_____

18                                            KRESTA DALY
                                              Attorney for Brian Clayworth

19

20

21                                             s/Kresta Daly_____

22  DATED:  October 31, 2011                  KYLE REARDON
                                              Assistant United States Attorney

23

24

25                          **O R D E R**

26  Good cause appearing, it is ordered that Mr. Clayworth be allowed to be away

27  from home from November 4, 2011 through November 14, 2011 so long as he resides at

28  the Kaiser Hospital located at 2025 Morse Avenue, Sacramento, CA 95825;

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

        In the event that it is medically necessary Mr. Clayworth's electronic monitoring device may be removed on November 4, 2011 and replaced as soon as is medically possible but in no event shall it be replaced later than upon his release from the hospital.

**Date:  <u>10/31/2011</u>**

_____
GARLAND E. BURRELL, JR.
United States District Judge