1  KRESTA NORA DALY, SBN 199689
   Rothschild Wishek & Sands, LLP
2  901 F Street, Suite 200
   Sacramento, CA 95814
3
   Attorneys for Brian Clayworth
4

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No.: 2:11-CR-00242-GEB |
|---|---|
| Plaintiff, | ) STIPULATION AND [PROPOSED] ORDER |
| v. | ) |
| BRIAN CLAYWORTH, | ) |
| Defendants. | ) |

Defendant Brian Clayworth is currently subject to electronic monitoring as a condition of his pre-trial release. His girlfriend, Jennifer DeRegla and her family would like Mr. Clayworth to spend Thanksgiving with them. Her family has a vacation home in Arnold, California. Mr. Clayworth would like to leave Sacramento on November 24, 2011 and return to Sacramento on November 25, 2011 no later than 7pm.

Mr. Clayworth will be monitored using a GPS monitoring device during the period of time he is away from home.

All other terms and conditions of his pre-trial release will remain in full force and effect.

//

//

//

|   |   |   |
|---|---|---|
| 1 | DATED:  November 3, 2011 | Respectfully submitted, |

                                                                        s/Kresta Daly
                                                                        KRESTA DALY
                                                                        Attorney for Brian Clayworth

DATED:  November 3, 2011         s/Kresta Daly
                                                                         KYLE REARDON
                                                                        Assistant United States Attorney

**O R D E R**

It is so ordered.

**Date:  11/3/2011**

_/s/ Garland E. Burrell_
GARLAND E. BURRELL, JR.
United States District Judge