KRESTA NORA DALY, SBN 199689
Rothschild Wishek & Sands, LLP
901 F Street, Suite 200
Sacramento, CA 95814

Attorneys for Brian Clayworth

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>BRIAN CLAYWORTH,<br><br>    Defendants. | Case No.: 2:11-CR-00242-GEB<br><br>STIPULATION AND [PROPOSED] ORDER |

    Defendant Brian Clayworth currently resides in Sacramento with his girlfriend Jennifer DeRegla.  Ms. DeRegla is also Mr. Clayworth's third party custodian.  Ms. DeRegla is moving to Lodi later on this month, Mr. Clayworth is not able to move with her.

    Mr. Clayworth wishes to move in with his parents, Carl and Suellen Clayworth who reside in Citrus Heights, CA.  Pretrial services is aware of the specific address of the home.   Pretrial services has already addressed the presence of computers in the family home and ensured that both computers are password protected and that Mr. Clayworth does not have access to his parents computers.

    Mr. Clayworth will move in with his parents no later than November 17, 2011.

Neither Pretrial Services nor the government object to Mr. Clayworth moving in with his parents. Ms. DeRegla will continue to serve as Mr. Clayworth's third party custodian.

DATED: November 10, 2011                    Respectfully submitted,


 s/Kresta Daly_____
KRESTA DALY
Attorney for Brian Clayworth


 s/Kresta Daly_____
DATED: November 10, 2011                    KYLE REARDON
Assistant United States Attorney


**O R D E R**

It is so ordered.

11/17/11

_____
GARLAND E. BURRELL, JR.
United States District Judge

2