BENJAMIN B. WAGNER
United States Attorney
KYLE REARDON
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:11-CR-0242-GEB |
| Plaintiff, ) | PRELIMINARY ORDER OF FORFEITURE |
| v. ) | |
| BRIAN DAVID CLAYWORTH, ) | |
| Defendant. ) | |

Based upon the plea agreement entered into between plaintiff United States of America and defendant Brian David Clayworth it is hereby ORDERED, ADJUDGED AND DECREED as follows:

1. Pursuant to 18 U.S.C. § 2253, defendant Brian David Clayworth's interest in the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

    (a) One Gateway desktop computer, serial number 0029383329;

    (b) One 80 GB Maxtor hard drive, serial number Y3HH9H0E;

    (c) One HP laptop, serial number CNE511032K;

    (d) One 100 GB Fujitsu hard drive, serial number

Preliminary Order of Forfeiture

1    NQ07t5228V8; and

2    (e)   One 120 GB Maxtor external hard drive, serial number Y3K2S7YE.

3

4    2.   The above-listed property used or intended to be used to
5    commit or to promote the commission of a violation of 18 U.S.C. §
6    2252(a)(2).

7    3.   Pursuant to Rule 32.2(b), the Attorney General (or a
8    designee) shall be authorized to seize the above-listed property.
9    The aforementioned property shall be seized and held by the U.S.
10   Customs and Border Protection, in its secure custody and control.

11   4.   a.   Pursuant to 18 U.S.C. § 2253(b), incorporating 21
12   U.S.C. § 853(n), and Local Rule 171, the United States shall
13   publish notice of the order of forfeiture.  Notice of this Order
14   and notice of the Attorney General's (or a designee's) intent to
15   dispose of the property in such manner as the Attorney General
16   may direct shall be posted for at least 30 consecutive days on
17   the official internet government forfeiture site
18   www.forfeiture.gov.  The United States may also, to the extent
19   practicable, provide direct written notice to any person known to
20   have alleged an interest in the property that is the subject of
21   the order of forfeiture as a substitute for published notice as
22   to those persons so notified.

23        b.   This notice shall state that any person, other than
24   the defendant, asserting a legal interest in the above-listed
25   property, must file a petition with the Court within sixty (60)
26   days from the first day of publication of the Notice of
27   Forfeiture posted on the official government forfeiture site, or
28   within thirty (30) days from receipt of direct written notice,

whichever is earlier.

    5. If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court will enter a Final Order of Forfeiture pursuant to 18 U.S.C. § 2253, in which all interests will be addressed.

Dated: February 8, 2012

_____
GARLAND E. BURRELL, JR.
United States District Judge