BENJAMIN B. WAGNER
United States Attorney
KYLE REARDON
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:11-CR-00242-GEB |
| Plaintiff, | FINAL ORDER OF FORFEITURE |
| v. | |
| BRIAN DAVID CLAYWORTH, | |
| Defendant. | |

   WHEREAS, on February 8, 2012, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 2253, based upon the plea agreement entered into between plaintiff and defendant Brian David Clayworth and the finding of forfeiture to the United States the following property:

   (a)   One Gateway desktop computer, serial number 0029383329;
   (b)   One 80 GB Maxtor hard drive, serial number Y3HH9H0E;
   (c)   One HP laptop, serial number CNE511032K;
   (d)   One 100 GB Fujitsu hard drive, serial number NQ07t5228V8; and
   (e)   One 120 GB Maxtor external hard drive, serial number Y3K2S7YE.

   AND WHEREAS, beginning on February 23, 2012, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov.  Said published notice advised all third parties of their right to

petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property.

AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject property, and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed property pursuant to 18 U.S.C. § 2253 to be disposed of according to law, including all right, title, and interest of Brian David Clayworth.

2. All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3. The U.S. Customs and Border Protection shall maintain custody of and control over the subject property until it is disposed of according to law.

SO ORDERED.

**Date:  5/2/2012**

_____
GARLAND E. BURRELL, JR.
United States District Judge